## J. K. COBB & CO. et al. v. HANCOCK.

No. 1917.  Opinion Filed November 14, 1911.

Rehearing Denied December 5, 1911.

(119 Pac. 627.)

APPEAL AND ERROR—Dismissal—Notice of Settlement of Case-Made. The syllabus in First National Bank, etc., v. Daniels, 26 Okla. 383, 108 Pac. 748, is made the syllabus of this case.

(Syllabus by the Court.)

*Error from District Court, Bryan County;*

*D. A. Richardson, Judge.*

Action by J. K. Cobb & Co. and others against C. A. Hancock. Judgment for defendant, and plaintiffs bring error. Dismissed.

*J. M. Crock,* for plaintiff in error.

*Utterback, Hayes & McDonald* and *McPherson & Abbott,* for defendant in error.

TURNER, C. J. It failing to appear from the record or otherwise that defendant was present, either in person or by counsel, at the settlement of the case-made filed herein, or that notice of the time thereof was served or waived, the motion to dismiss this proceeding in error is sustained, and it is so ordered. *First National Bank, etc., v. Daniels,* 26 Okla. 383, 108 Pac. 748.

All the Justices concur.